■ The People of the State of New York, Respondent, v Jesse Alston, Appellant. [946 NYS2d 477]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 22, 2001 (*People v Alston*, 279 AD2d 583 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered September 8, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Balkin, Leventhal and Austin, JJ., concur.